Michael Williams

Michael.Williams@kaddex.xyz

Director for the Petitioner
Kaddex, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE DMCA 17 U.S.C. § 512(h) SUBPOENA TO DISCORD, INC. | Case No.: _____<br><br>**DECLARATION OF MICHAEL WILLIAMS IN SUPPORT OF KADDEX, LLC'S REQUEST TO THE CLERK FOR THE ISSUANCE OF A SUBPOENA TO DISCORD, INC. PURSUANT TO 17 U.S.C. § 512(h) TO IDENTIFY ALLEGED INFRINGER** |

**DECLARATION OF MICHAEL WILLIAMS**

1. I am a director of the company Kaddex, LLC ("Kaddex"). I have personal knowledge of the facts contained herein and, if called upon to do so, could and would testify competently thereto.

2. I submit this declaration in support of Kaddex's request for issuance to Discord, Inc. (Discord), hosting provider of the Discord Server ID **875806903064756234** <https://discord.gg/eckodao>, of a subpoena pursuant to the Digital Millennium Copyright Act

("DMCA"), 17 U.S.C. § 512(h) (the "Subpoena"), to identify one or more alleged infringers whom Kaddex is informed and believes posted copyrighted images owned by Kaddex (the "Infringing Content") on systems currently hosted by Discord without Kaddex's authorization.

3. On March 7, 2023, Kaddex submitted a notification via email to <copyright@discord.com>, identifying the Infringing Content on Discord's systems and providing the information required by 17 U.S.C. § 512(c)(3)(A). Attached hereto as **Exhibit 1** is a true and correct copy of the notification sent to Discord on January 28, 2023.

4. The purpose for which the Subpoena to Discord is sought is to obtain the identity of the alleged infringer or infringers, and such information will only be used for the purpose of 18 protecting rights under 17 U.S.C. §§ 100, et seq.

5. A true and correct copy of Kaddex's proposed Subpoena to Discord is attached hereto as **Exhibit 2**.

6. The infringing materials include unauthorized copies of copyrighted images, which are owned solely and exclusively by Kaddex. Kaddex registered the images with the United States Copyright Office on January 25, 2022 (Registration No. VAu001490415). A true and correct copy of Kaddex's copyright registration is attached hereto as **Exhibit 3**.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on the 7th day of March 2023.

DATED: March 7, 2023

**MICHAEL WILLIAMS**

/s/ *Michael Williams*

Michael Williams

Michael.Williams@kaddex.xyz

*Director for the Petitioner*
*Kaddex, LLC*